

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Joe H. Thompson
County Attorney
Randall County
Canyon,-Texas

Dear Mr. Thompson:

Opinion No. O-6842
Re: Time at which taxpayer may claim
homestead exemption.

We have your letter of Septe.ber 20, 1945, request-
ing our opinion on the above captioned subject. Your letter
reads in part as follows:

"A taxpayer fails to render his property at rendi-
tion time and fails to claim homestead exemption until
he comes in at taxpaying time. Can he then after taxes
are due and rolls are completed come in and sign a
certificate and get the homestead taxes deducted from
his taxes?"

Section 1-a of Article VIII of the Constitution,
adopted August 26, 1933, provides in part:

"Three Thousand Dollars ($3,000.00) of the assessed
taxable value of all residence homesteads as now defined
by law shall be exempt from all taxation for all State
purposes; . . ."

The above quoted constitutional provision exempts
from taxation $3,000.00 of the assessed taxable value of the
residence homestead for all State purposes. The only require-
ment in this provision is that the property be assessed in
order that the taxable value be ascertained. Article 7152,
V. R. C. S., makes it the duty of the owner to render his
property for taxation, but in cases where the owner fails
for any reason to do so, Article 7193, V. R. C. S., makes it
the duty of the assessor to render and assess the property.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon, Joe H. Thompson, page 2


The assessed taxable value being thus obtained, the taxpayer is entitled to an exemption of $3,000.00 of the assessed taxable value of his residence homestead as now defined by law at any time he claims his exemption.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By H. J. Bob Donahue

H. T. Bob Donahue
Assistant

HTBD:M

APPROVED
OPINION
COMMITTEE
BY ___ CHAIRMAN

APPROVED 1945
FIRST ASSISTANT
ATTORNEY GENERAL